RECEIVED BY MAIL
JUL 1 4 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

RE: UNITED STATES DISTRICT COURT FOR THE ...

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

CYNTHIA D. KIMMEL, AND
JACK HENSON,
          INTERVENORS,(PLAINTIFFS),

    VS..                CASE NO. 1:22-CV-00068-HEA

S.E.C.C. OFFICIALS BILL STANGE, WARDEN CHARLES REED, CCW WESLEY FLUHARTY, CCW and O.C.C. OFFICIALS CYBELLE WEBBER, WARDEN and SHAWN BURCH, INVESTIGASTOR,
          DEFENDANT'S.

"MOTION TO EXPEDITE ENTRY OF ORDER'S, AND JUDGMENT"

   COMES NOW, INTERVENORS, PRO SE, IN THE ABOVE ENTITLED AND CAPTIONED CASE NO. AND FOR THE FOREGOING REASONS AND FOR GOOD CAUSE SHOWN RESPECTFULLY SUBMITS THE FOLLOWING TO WIT

STATEMENT OF FACTS:

1. THAT, ON June 23 -2022, JUDICIAL NOTICE OF ORIGINAL PLAINTIFF DECEASING WAS JOINTLY FILED WITH THE MOTION FOR LEAVE OF COURT TO PROCEED PRO SE AND AS THE INTERVRNORS TO THE FOREGOING CAUSE WAS FILED IN THIS COURT.

2. THAT, ON June 23 -2022, SUGGESTIONS IN SUPPORT TO THE REQUEST FOR LEAVE OF COURT WAS FILED IN THIS COURT.

ARGUMENT IN SUPPORT:

1. THAT, THE ORIGINAL PLAINTIFF CAN NOT CARRY OUT THE ORDERS OF THE COURT OF FULFILLING THE FILING COSTS IN THIS MATTER IN ORDER TO LITIGATE THE ORIGINAL CAUSE OF ACTION AND THRREFORE THAT ORDER IS MOOT IN EFFECT. ... UPON THAT FACT THE INTERVENORS REQUEST THE COURT TO ENTER AN ORDER DIRECTING THEM TO PAY THE PREPAYMENT OF COSTS IN THIS CAUSE UPON THE INITIAL GRANTING OF LEAVE OF THE PARTY TO PROCEED AS THE INTERVENORS AND TO ALLOW THEM TO PROCEED PRO SE IN THE SAME.

2. THAT, RESPECTFULLY, AND WITHOUT AN ENTRY OF THE ORDERS AS REQUESTED IT WILL ONLY FURTHER VEX AND HENDER JUDICIAL ECONOMY, AS WELL AS JUDICIAL PROCESS.

THEREFORE, FOR THE FOREGOING REASONS INTERVENORS HUMBLY PRAY THIS COURT ENTER ITS ORDER'S IN THE FOREGOING AS THE DELAY IN DOING SO ONLY VEXES AND HENDERS JUDICIAL ECONOMY AS WELL AS JUDICIAL PROCESS. RESPECTFULLY .

RESPECTFULLY SUBMITTED,
CYNTHIA D. KIMMEL and JACK HENSON
INTERVENORS, PRO SE
20499 STATE RT. P
NEWBURG,MO.65550.

CERTIFICATE OF SERVICE:

WE, HEREBY CERTIFY, THAT WE, ARE THE INTERVENORS IN THE FOREGOING INSTRUMENT, AND THAT WE HAVE ON THIS ___11___ DAY OF JULY, 2022 MAILED A TRUE AND CORRECT COPY OF THE FOREGOING,BY WAY OF U.S. MAIL, POSTAGE PRE PAID, TO THE CLERK OF COURT, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MISSOURI, 111 South Tenth Street, Suite 3.300, St.Louis, Mo. 63102.

*Cynthia D. Kimmel*
*Jack Henson*
INTERVENOR'S

Cynthia Kimmel
30449 State RFP
Newburg - MO
65550


U.S. POSTAGE PAID
FCM LG ENV
ROLLA, MO
65401
JUL 11, 22
AMOUNT
$1.20
R2304N117687-08

RECEIVED BY MAIL
JUL 14 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Att. County Clerks Case no. 1:22-CV-00
555 Independence Street
Cape Girardeau - MO
63703