UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JACK HENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-CV-68-HEA |
| | ) |
| BILL STANGE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

Dated this 26th day of July, 2022.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE